IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
_____

Standard Bank Plc seeks to recover losses from loans to Bronco Energy Fund Inc for a coal mining venture on claims that the defendant's evaluation reports upon which Standard relied contained material false and erroneous information. The plaintiff's claims are for negligent misrepresentation and professional negligence.

The defendant filed a motion to dismiss on November 19, 2007, under F.R.Civ.P. 12(b)(1) and 12(b)(3), contending that Standard Bank is bound by mandatory forum selection and mandatory alternative dispute resolution provisions found in the defendant's Standard Terms and Conditions contained in its contract with Bronco Energy. The defendant also asserts under Fed.R.Civ.P. 12(b)(6) that the claims are barred by the "economic loss rule." Runge, Inc., d/b/a Pincock, Allen & Holt has failed to show that the document upon which it relies was contained in a formal agreement with Bronco Energy. It relied on a declaration of its president that admits that the written proposal to Bronco Energy was not signed by it but assets that it was orally accepted by Daniel Baker, believed to be Bronco's president, and that Bronco paid a

retainer. The defendant has failed to establish the contractual relationship relied upon to support this motion to dismiss. Indeed, if the contract did exist, it contains a negation of third party beneficiary provision, the effect of which is disputed.

At this stage of the litigation, the Court accepts the plaintiff's contention that it has no contractual relationship with the defendant and, accordingly, the economic loss rule is inapplicable.

It is

ORDERED that the defendant's motion to dismiss is denied.

DATED: February 8th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge