IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 5, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 07-cv-01989-RPM-MJW

| | |
|---|---|
| STANDARD BANK PLC, | Thomas Johnson |
| | Lee Ann Russo |
| Plaintiff, | Lindsey Dates |
| v. | |
| RUNGE, INC., | Jay Horowitz |
| f/k/a Runge Mining, Inc., | Peter Forbes |
| and d/b/a PINCOCK, ALLEN & HOLT, | |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**9:59 a.m.**      **Court in session.**

Argument by Mr. Horowitz and Ms. Russo on motions to compel **(38, 39, 46)**.

**ORDERED:**      Revised Scheduling Order due **on or before September 30, 2008**. Counsel shall meet and confer in an effort to prepare a Revised Scheduling Order which reflect a phase discovery work-up approach. If counsel is unable to reach a full agreement, they shall submit the Revised Scheduling Order, highlighting the disputed areas, and motion the Court for a Scheduling Conference.

**ORDERED:**      Defendant Pincock Allen & Holt's [Opposed] Motion for an Order Further Extending the Deadline for the Designation of Nonparties [sic] at Fault, for the Amendment of Pleadings and for the Joinder of Parties **(34)** is **deemed moot**.

**ORDERED:**      Defendant Pincock Allen & Holt's Motion to Compel Plaintiff Standard Bank, PLC to Make Discovery (Regarding Standard's Failure to Answer Interrogatories - I) **(38)** is **deemed moot**.

**ORDERED:**      Defendant Pincock Allen & Holt's Motion to Compel Plaintiff Standard Bank, PLC to Make Discovery (Regarding Standard's Refusal to Produce Documents Which

                Standard Agreed to Produce) **(39)** is **deemed moot**.

**ORDERED:** Defendant Pincock Allen & Holt's Motion to Compel Plaintiff Standard Bank, PLC to Make Discovery (Regarding Standard's Failure to Answer Interrogatories - II) **(46)** is **deemed moot**.

**ORDERED:** Standard Bank PLC's [sic] and Pincock, Allen & Holt's Agreed Motion to Extend the Fact Discovery Deadline and Dates to Designate Non-Parties at Fault and to Join Parties **(48)** is **granted**.

**10:30 a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:31