IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.
_____

## ORDER DENYING MOTION TO CONSOLIDATE
_____

    Upon consideration of the Motion to Consolidate [59], filed on October 22, 2008, it is

    ORDERED that the motion to consolidate Civil Action No. 08-cv-02127-PAB with this civil action is denied.

    DATED: November 7th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge