IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

vs.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT,

    Defendant.

## ORDER EXTENDING DEADLINES

    Upon consideration of Defendant PAH's Request For Leave (Unopposed) To Untimely File A Motion For Extension Of A Filing Deadline [63], and Defendant PAH's Motion [Unopposed] For An Extension Of Time Within Which To File PAH's Memorandum In Response To Standard's Motion For Partial Judgment On The Pleadings [3], it is

    ORDERED that the motions are granted and PAH's memorandum in response to Standard's Motion For Partial Judgment On The Pleadings is to be filed on or before Tuesday, November 11, 2008; and it is,

    FURTHER ORDERED that Standard's Reply Brief in support of its Motion For Partial Judgment On The Pleadings is to be filed on or before December 8, 2008.

    DATED: November 7th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      United States District Court Judge