IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              February 5, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-01989-RPM

| | |
|---|---|
| STANDARD BANK, PLC, | Lee A. Russo |
| | Gabriel H. Scannapieco |
| Plaintiff, | Thomas Johnson |
| v. | |
| RUNGE, INC., | Jay S. Horowitz |
| f/k/a Runge Mining, Inc. and d/b/a Pincock, Allen & Holt, | |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**1:59 p.m.      Court in session.**

Court's preliminary remarks.

Court states it will consider plaintiff's motion for partial judgment on pleadings as a motion to strike affirmative defenses.

**ORDERED:** Standard Bank PLC's Motion for Partial Judgment on the Pleadings Regarding PAH's Affirmative Defenses Based on Implied In-Fact Contract Theories, filed October 10, 2008 [57], is denied.

Court's statements regarding its assessment of the status of the case.

2:14 p.m.    Statements by Mr. Horowitz and answers questions asked by the Court.
2:56 p.m.    Statements by Ms. Russo and answers to questions asked by the Court.

**ORDERED:** PAH's Motion to Compel Standard to Make Its Officer Paul P. Hartwell Available for Deposition, filed November 30, 2008 [69], is granted. Counsel shall confer regarding scope of deposition with respect to exceeding phase 1 discovery.

**ORDERED:** Standard Bank PLC's Motion for Protective Order Regarding the Deposition of Paul Hartwell, filed December 22, 2008 [73], is denied.

February 5, 2009
07-cv-01989-RPM

**ORDERED:** **Phase 1 discovery limited to course of dealings between Pincock and Standard entities.**

3:14 p.m.      Argument by Mr. Horowitz.

**Court instructs counsel to confer to resolve pending Rule Rule 30(b)(6) Deposition Notice Motion [84].**

**ORDERED:** **Defendant Pincock, Allen & Holt's Motion [Partially Opposed] for a Further Extension of the Deadlines in the Revised Scheduling Order, filed February 4, 2009 [85], is granted.**

**ORDERED:** **Counsel shall prepare and submit a revised proposed scheduling order.**

**ORDERED:** **Standard Bank PLC's and Pincock, Allen & Holt's Agreed Motion to Extend the Revised Scheduling Order's Deadlines, filed December 2, 2008 [70], is granted.**

**3:21 p.m.**      **Court in recess.**

Hearing concluded. Total time 1 hr. 22 min.

: