IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

    Upon consideration of PAH's Response to Standard's Motion for Protective Order, Standard Bank PLC's Motion for Protective Order [84], filed on January 28, 2009, is moot.

Dated: March 4, 2009