IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.
_____

ORDER FOR CLARIFICATION
_____

On May 19, 2009, this Court set a hearing for June 9, 2009, on the following matters:

    #95 - Defendant's Motion for Extension of Phase 1 Discovery Deadlines

    #99 - Defendant's Motion to Extend Time to Respond to 2d Set Interrogatories

    #100 - Plaintiff's Motion for Protective Order

    #102 - Defendant's Motion to Reconsider Order re Discovery into "Trade Usage"

    #104 - Defendant's Motion to Compel.

On June 8, 2009, the plaintiff moved to vacate that hearing and all existing court ordered dates. This Court complied with its order entered June 9, 2009, which also directed counsel to file a status report on or before July 24, 2009. On June 22, 2009, the defendant filed a request to reschedule the hearing upon pending matters and schedule a status conference. The plaintiff filed a response on July 13, 2009, also requesting a hearing "on pending and anticipated motions." Given this state of the record it is unclear as to what matters are to be set for hearing and it is therefore

ORDERED that on or before July 20, 2009, counsel shall submit a joint statement concerning the matters to be addressed at the proposed hearing.

DATED: July 14th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge