**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:              July 29, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-01989-RPM

| | |
|---|---|
| STANDARD BANK, PLC, | Lee A. Russo |
| | Thomas Johnson |
| Plaintiff, | Lindsey Dates |
| v. | |
| RUNGE, INC., | Jay S. Horowitz |
| f/k/a Runge Mining, Inc. and d/b/a Pincock, Allen & Holt, | Peter C. Forbes |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**1:58 p.m.      Court in session.**

Court's preliminary remarks.

1:59 p.m.      Argument by Mr. Horowitz [102].

Court suggests filing a motion for summary judgment.

Mr. Horowitz concurs with Court's suggestion.

**2:35 p.m.      Court in recess.**
**2:39 p.m.      Court in session.**

Ms. Russo states she also agrees with Court's suggestion.

Counsel agree Colorado law applicable.

Discussion regarding scheduling.

**ORDERED:**     Discovery stayed.

**ORDERED:**     Defendant Pincock Allen & Holt's [Partially Opposed] Motion for a Further Extension of the Deadlines Regarding Phase I Discovery Contained in the Revised Scheduling Order, filed April 10, 2009 [95], is moot.

July 29, 2009
07-cv-01989

**ORDERED:** **Pah's Motion for an Extension of Time to Respond to Standard's Second Set of Interrogatories, filed April 17, 2009 [99], is moot.**

**ORDERED:** **Plaintiff's Motion for Protective Order Regarding The Depositions of Paul Hartwell, Michael Cooke, and Arnaud Stark, filed April 17, 2009 [100], is moot.**

**ORDERED:** **Defendant Pah's Motion Requesting That the Court Reconsider its Earlier-entered Order Respecting Pah's Discovery into "Trade Usage", filed April 24, 2009 [102], is moot.**

**ORDERED:** **Defendant Pincock Allen & Holt's Motion to Compel Standard Bank's Production of its Tape Recordings of Secretly Recorded Telephone Conversations Involving Standard Personnel and Concerning the Hazleton Minex, filed April 27, 2009 [104], is moot.**

**ORDERED:** **Pah's Request That the Court Re-schedule a Hearing upon Pending Matters and Schedule a Status Conference, filed June 22, 2009 [117], is moot.**

**ORDERED:** **Plaintiff Standard Bank Plc's Motion to Compel Discovery, filed July 22, 2009 [125], is moot.**

**ORDERED:** **Pah's [Opposed] Motion to Compel Standard to Produce Standard's Current and Former Officers for Depositions upon Oral Examination in London, England, filed July 27, 2009 [129], is moot.**

**ORDERED:** **Standard Bank PLC's Motion for Protective Order Regarding PAH's Attempt to Depose Standard Bank London Employees, filed July 28, 2009 [132], is moot.**

**2:46 p.m.** **Court in recess.**

Hearing concluded.  Total time: 48 min.

: