IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.
_____

ORDER GRANTING SECOND JOINT MOITON TO EXTEND SUMMARY JUDGMENT BRIEFING
_____

Upon consideration of the Parties' Second Joint Motion to Extend Summary Judgment Briefing [147], it is

ORDERED that the motion is granted and PAH's Reply Brief in support of its Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment shall be filed on or before November 10, 2009.

DATED:   October 30, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge