**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: January 12, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-01989-RPM

| | |
|---|---|
| STANDARD BANK, PLC, | Lee A. Russo |
| | Thomas Johnson |
| Plaintiff, | |
| v. | |
| RUNGE, INC., | Jay S. Horowitz |
| f/k/a Runge Mining, Inc. and d/b/a Pincock, Allen & Holt, | Peter C. Forbes |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**10:00 a.m.    Court in session.**

Plaintiff's client representative Karin Melling present.

Court's preliminary remarks and states its summary of the case facts with respect to the pending motions.

10:30 a.m.    Argument by Mr. Horowitz.
11:05 a.m.    Argument by Ms. Russo.

**ORDERED:**    **Standard Bank PLC's Motion for Partial Summary Judgment on PAH's Implied Contract Affirmative Defenses, filed September 4, 2009 [135], is denied.**

**ORDERED:**    **Defendant Pincock, Allen & Holt's Motion for Summary Judgment, filed September 18, 2009 [136], will be granted and a written order to be issued.**

**11:40 a.m.    Court in recess.**

Hearing concluded. Total time: 1 hr. 40 min.