IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.
_____

ORDER
_____

Upon consideration of Standard Bank PLC's Motion to Stay Further Proceedings Related to PAH's Motion for Attorneys' Fees and Costs [171], it is

ORDERED that all proceedings with respect to defendant's motion for fees and costs, including briefing deadlines, are stayed pending appeal.

DATED: March 1, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge