IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STANDARD BANK Plc,

    Plaintiff,

vs.                                  Civil Action No. 07-cv-01989-RPM

RUNGE, INC., f/k/a RUNGE MINING, INC.,
and d/b/a PINCOCK, ALLEN & HOLT,

    Defendant.

---

**ORDER GRANTING PARTIES' PROPOSED BRIEFING SCHEDULE ON DEFENDANT PAH'S MOTION FOR AN AWARD OF ATTORNEY'S FEES**

---

Upon review of the Parties' Proposed Briefing Schedule Respecting Defendant PAH's Motion For An Award Of Attorney's Fees [180] filed November 30, 2011, it is

ORDERED that the Parties' Proposed Briefing Schedule Joint Motion is GRANTED. PAH has up to and including December 21, 2011 to renew or file its supplement to its Motion for Fees; any Response to the Motion for Fees may be filed on or before January 24, 2012; and PAH's Reply in support of the Motion for Fees may be filed on or before February 6, 2012.

DATED:  December 1, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge
                                      United States District Court Judge