IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

vs.

RUNGE, INC., f/k/a RUNGE MINING, INC., and
d/b/a PINCOCK, ALLEN & HOLT,

    Defendant.

___

ORDER GRANTING DEFENDANT PAH'S [UNOPPOSED] MOTION TO AMEND THE BRIEFING SCHEDULE REGARDING PAH'S MOTION FOR FEES PREVIOUSLY PROPOSED BY THE PARTIES AND APPROVED BY THE COURT

___

    AND NOW this 20th day of December, 2011, the Defendant PAH's [Unopposed] Motion To Amend The Briefing Schedule Regarding PAH's Motion For Fees Previously Proposed By The Parties And Approved By The Court having been received by the Court, the Court having reviewed the file and being advised in the premises, it is hereby,

    ORDERED that the previously set briefing schedule regarding PAH's Motion For Fees, is amended to provide as follows:

(A) PAH to renew or file its Supplement to its Motion For Fees on or before January 10, 2012;

(B) Standard and Jones Day to file their responses to PAH's Motion For Fees on or before February 14, 2012;

(C) PAH to file its Reply in support of its Motion For Fees on or before February 28, 2012.

                    BY THE COURT:

                    s/Richard P. Matsch

                    ___
                    Hon. Richard P. Matsch
                    United States District Court Judge