IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,
v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT

    Defendant.
_____

ORDER ON MOTION TO BIFURCATE ISSUES
_____

On January 20, 2012, the plaintiff Standard Bank and respondent Jones Day filed a motion to bifurcate the issues presented by the defendant's motion for fees and costs. The defendant filed an opposition on January 23, 2012, and the plaintiff filed a reply on January 25, 2012. Upon the understanding that the motion to bifurcate seeks to separate the legal question of entitlement to attorney's fees and costs related to this litigation from the question of amounts to be awarded and that the question of entitlement presents only legal issues which can be resolved without any additional discovery procedures, it is

ORDERED that the motion to bifurcate is granted and the brief due from the plaintiff and respondent on February 14, 2012, will address the legal questions of entitlement to attorney's fees and costs related to this litigation.

DATED:  February 7, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge