IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01989-RPM-MJW

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT,

    Defendant.

_____

**ORDER GRANTING MOTION OF PLAINTIFF STANDARD BANK AND RESPONDENT JONES DAY FOR LEAVE TO FILE SURREPLY BRIEF TO DEFENDANT PAH'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS FEES, COSTS AND EXCESS COSTS**
_____

    **THIS MATTER**, having come before the Court on the Motion of Plaintiff Standard Bank and Respondent Jones Day for Leave to File Surreply Brief to Defendant PAH's Reply Brief in Support of its Motion for an Award of Attorneys Fees, Costs and Excess Costs, the Court hereby **GRANTS** this Motion and **ORDERS** that Standard Bank and Jones Day are permitted to file a Surreply Brief. The Surreply Brief attached as Exhibit A to the Motion is accepted as of the date of this Order.

    **DATED: March 21, 2012**

                              **BY THE COURT**:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge