IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT,

    Defendant.

_____

ORDER GRANTING PAH'S UNOPPOSED MOTION TO WITHDRAW DEFENDANT
PAH'S MOTION FOR AN AWARD OF ATTORNEYS FEES, COSTS AND EXCESS
COSTS
_____

    Upon review of PAH's Unopposed Motion to Withdraw Defendant PAHs Motion for an Award of Attorneys Fees, Costs and Excess Costs [222], it is

    ORDERED that the motion is granted.

    DATED:   June 13th, 2014

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge