IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01989-RPM

STANDARD BANK, PLC,

    Plaintiff,

v.

RUNGE, INC., f/k/a RUNGE MINING, INC., and d/b/a PINCOCK, ALLEN & HOLT,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On May 28, 2014, this Court granted plaintiff's motion to extend the deadline to June 27, 2014, to file dismissal papers. Dismissal papers have not been filed and it is now

ORDERED that on or before August 19, 2014, counsel shall file a status report.

DATED: August 12th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge